**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA**

**CASE NO. 8:25-cv-00034-VMC-AAS**

MICHAEL HAZELLIEF,

  Plaintiff,

v.

AVANT, LLC and
EQUIFAX INFORMATION SERVICES LLC,

  Defendants.

_____/

**NOTICE OF DESIGNATION OF LEAD COUNSEL
ON BEHALF OF EQUIFAX INFORMATION SERVICES LLC**

  Jason Daniel Joffe, of the law firm of Squire Patton Boggs (US) LLP, hereby

enters his appearance as lead counsel on behalf of Defendant Equifax Information

Services LLC in the above-captioned matter.

1096302769\1\AMERICAS

- 2 -

DATED:  January 13, 2025        Respectfully submitted,

SQUIRE PATTON BOGGS (US) LLP

By: /s/ *Jason Daniel Joffe*
Jason Daniel Joffe
Florida Bar No. 0013564
200 S. Biscayne Blvd., Suite 3400
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile:  (305) 577-7001
Email:jason.joffe@squirepb.com

*Counsel for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 13, 2025, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

/s/ *Jason Daniel Joffe*
Jason Daniel Joffe

- 2 -