**IN THE UNITED STATES DISTRICT
COURT FOR THE MIDDLE DISTRICT OF
FLORIDA TAMPA**

**CASE NO. 8:25-cv-00034-VMC-AAS**

MICHAEL HAZELLIEF,

    Plaintiff,

v.

AVANT, LLC and
EQUIFAX INFORMATION SERVICES LLC,

    Defendants.

                                 /

**NOTICE OF DESIGNATION OF
LEAD COUNSEL ON BEHALF OF AVANT, LLC**

Javier Lopez, of the law firm of Vedder Price (FL) LLP, hereby enters his appearance as lead counsel on behalf of Defendant Avant, LLC in the above-captioned matter.

Respectfully submitted,

AVANT, LLC

By: /s/ *Javier Lopez*

Javier A. Lopez
jlopez@vedderprice.com
Jeffrey J. Leavitt
jleavitt@vedderprice.com
VEDDER PRICE (FL), LLP
600 Brickell Avenue, Suite 1500
Miami, Florida 33131
Phone: +1 (786) 741 3200
Fax: +1 (786) 741 3202

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 15, 2025, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

s/ *Javier Lopez*
Javier A. Lopez